# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| **AZURE NETWORKS, LLC and, TRICOUNTY EXCELSIOR FOUNDATION,** | |
| **Plaintiffs**, | **CIVIL ACTION NO. 6:10-CV-681** |
| v. | |
| **TEXAS INSTRUMENTS INC., FREESCALE SEMICONDUCTOR, INC., ATMEL CORPORATION, ZENTRUM MIKROELEKTRONIK DRESDEN AG, ZMD AMERICA, INC., NXP B.V., NXP SEMICONDUCTORS USA, INC., AND MICROCHIP TECHNOLOGY INC.,** | **JURY TRIAL DEMANDED** |
| **Defendants.** | |

## ORDER GRANTING DEFENDANT NXP SEMICONDUCTORS USA, INC.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

On this date came for consideration the Motion by Defendant NXP Semiconductors USA, Inc. to Dismiss for Failure to State a Claim.  The Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that the Motion by Defendant NXP Semiconductors USA, Inc. to Dismiss for Failure to State a Claim be and hereby is GRANTED.   IT IS FURTHER ORDERED that all causes of action against NXP Semiconductors USA, Inc. are DISMISSED for failure to state a claim.