IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| AZURE NETWORKS, LLC, et al | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CASE NO. 6:10-CV-681<br>PATENT CASE |
| TEXAS INSTRUMENTS INC., et al | § § § | |
| Defendants. | § | |

## ORDER

The Court **ORDERS** the Plaintiff to file a notice that the case is ready for scheduling conference when all of the Defendants have either answered or filed a motion to transfer or dismiss. The notice shall be filed within five days of the last remaining Defendant's answer or motion. The notice shall include (1) a list of any pending motions to dismiss or transfer, (2) a list of any related cases previously filed in the Eastern District of Texas involving the same patent /patents; (3) the patent numbers for this case and any related case; and (4) the dates of any future Markman Hearing and/or Trial for related cases.

**So ORDERED and SIGNED this 25th day of March, 2011.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**