IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| **AZURE NETWORKS, LLC,** *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | CIVIL ACTION NO. 6:10-CV-681-LED |
| | § | |
| v. | § | |
| | § | |
| **TEXAS INSTRUMENTS INC.,** *et al.*, | § | JURY TRIAL DEMANDED |
| | § | |
| *Defendants*. | § | |

## ORDER

Plaintiffs filed a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as to Defendants Zentrum Mikroelektronik Dresden AG and ZMD America, Inc. Accordingly, Defendants Zentrum Mikroelektronik Dresden AG and ZMD America, Inc. shall be, and are hereby, DISMISSED WITHOUT PREJUDICE.

Plaintiffs and Defendants Zentrum Mikroelektronik Dresden AG and ZMD America, Inc. shall each bear their own costs, expenses and legal fees.

This dismissal does not affect any other named defendant.

**So ORDERED and SIGNED this 29th day of March, 2011.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**