IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| **AZURE NETWORKS, LLC,** *et al.*, | § § | |
| *Plaintiffs*, | § § | CIVIL ACTION NO. 6:10-CV-681-LED |
| v. | § § | |
| **TEXAS INSTRUMENTS INC.,** *et al.*, | § § | JURY TRIAL DEMANDED |
| *Defendants*. | § § | |

**ORDER DISMISSING DEFENDANT MICROCHIP TECHNOLOGY INC. WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(i)**

The Plaintiffs notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as to Defendant Microchip Technology Inc.'s ("Microchip") shall be, and is hereby, DISMISSED WITH PREJUDICE.

Plaintiffs and Defendant Microchip shall each bear their own costs, expenses and legal fees.

This dismissal does not affect any other named defendant.

**So ORDERED and SIGNED this 18th day of May, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**