# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **AZURE NETWORKS, LLC., ET AL.** § § § | |
| Plaintiffs, § § | |
| vs. § § | **CASE NO. 6:10-CV-681** |
| § § | **PATENT CASE** |
| **TEXAS INSTRUMENTS INCORPORATED, ET AL.** § § § | |
| Defendants. | |

**ORDER**

In accordance with the status conference held June 9, 2011, this case is set as follows:

*Markman* **Hearing: MAY 31, 2012 at 9:00 a.m**

**Pretrial Conference: APRIL 25, 2013 at 9:00 a.m.**

**Jury Selection: MAY 6, 2013 at 9:00 a.m.**

**Jury Trial: MAY 13, 2013 at 9:00 a.m.**

The parties are to submit agreed Docket Control and Discovery Orders to the Court by **JUNE 24, 2011.**[1] The parties shall include in the Docket Control Order the name and contact information of their agreed mediator, with the first round of mediation taking place before the claim construction hearing. If the parties cannot agree on a mediator, the Court will appoint one. Requests or motions for extension of time for parties to agree on a mediator will not be considered by the Court.

If the parties are unable to resolve their disagreements concerning the Docket Control and

---

[1] The Court's standard Docket Control Order and Discovery Order are available on the Court's website at http://www.txed.uscourts.gov/Judges/Davis/Orders&Forms.htm.

Discovery Orders, the parties shall submit to the Court their competing proposals along with a summary of their disagreements. For purposes of computing the time deadlines under the local patent rules, the Court deems **JUNE 24, 2011** as the effective Rule 16 Initial Case Management Conference date, and thus Plaintiff's P.R. 3-1 and 3-2 disclosures will be due **JUNE 14, 2011.** [2]

**So ORDERED and SIGNED this 9th day of June, 2011.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

---

[2] If the Court has granted an extension for either one of the deadlines, the extension remains in effect as the proper deadline.