IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| **AZURE NETWORKS, LLC,** *et al.*, | § § | |
| *Plaintiffs*, | § § | Civil Action No. 6:10-cv-681-LED |
| v. | § § | |
| **TEXAS INSTRUMENTS INC.,** *et al.*, | § § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § § | |

## ORDER

Plaintiffs' Partially Opposed and Partially Unopposed Motion for Leave to File their Response to Defendant NXP Semiconductors USA, Inc.'s Motion to Dismiss TCEF for Lack of Standing Under Seal shall be, and is hereby, GRANTED. Exhibit A to Plaintiffs' response shall be available only to OUTSIDE COUNSEL for Defendant NXP Semiconductors USA, Inc.

**So ORDERED and SIGNED this 5th day of July, 2011.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**