IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| **AZURE NETWORKS, LLC**, *et al.*, | § § § § | |
| *Plaintiffs*, | | |
| v. | § § § § § § | CIVIL ACTION NO. 6:10-cv-681-LED |
| **TEXAS INSTRUMENTS INC.**, *et al.*, | | JURY TRIAL DEMANDED |
| *Defendants*. | | |

**ORDER DISMISSING DEFENDANT ATMEL CORPORATION
WITHOUT PREJUDICE UNDER FED. R. CIV. P. 41(a)(2)**

Plaintiffs Azure Networks, LLC and Tri-County Excelsior Foundation and Defendant Atmel Corporation's Joint Motion to Dismiss Defendant Atmel Corporation ("Atmel") Without Prejudice Under Fed. R. Civ. P. 41(a)(2) shall be, and hereby is, GRANTED. All claims by and between Plaintiffs and Atmel are hereby DISMISSED WITHOUT PREJUDICE.

Plaintiffs and Atmel will each bear their own costs, expenses and legal fees.

This dismissal does not affect any other named defendants.

**So ORDERED and SIGNED this 11th day of July, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**