IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| AZURE NETWORKS, LLC, *et al.*, | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 6:10-cv-681-LED |
| TEXAS INSTRUMENTS INC., *et al.*, | § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

## ORDER

Pursuant to Plaintiffs' Notice of Voluntary Dismissal of Defendants NXP Semiconductors N.V., NXP B.V., and NXP Semiconductors USA, Inc. Without Prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i), Defendants NXP Semiconductors N.V., NXP B.V., and NXP Semiconductors USA, Inc. shall be, and hereby are, DISMISSED WITHOUT PREJUDICE.

Each party will each bear its own costs, expenses and legal fees.

The following motions are hereby DENIED AS MOOT:  Defendant NXP B.V.'s Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. No. 57, *renewed*, Dkt. No. 121); Motion by Defendant NXP Semiconductors USA, Inc., to Dismiss TCEF for Lack of Standing (Dkt. No. 58); Plaintiffs' Opposed Motion to Authorize Jurisdictional Discovery Against NXP Defendants (Dkt. No. 87); and Defendant NXP Semiconductors USA, Inc.'s Motion to Dismiss for Failure to State a Claim in the First Amended Complaint (Dkt. No. 123).

So ORDERED and SIGNED this 11th day of July, 2011.



_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE