IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| AZURE NETWORKS, LLC, *et al.*, | § | |
| --- | --- | --- |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:10-cv-681-LED |
| | § | |
| TEXAS INSTRUMENTS INC., *et al.*, | § | JURY TRIAL DEMANDED |
| | § | |
| *Defendants*. | § | |

## ORDER

Plaintiffs Azure Networks, LLC and Tri-County Excelsior Foundation and Defendants Texas Instruments Inc. and Freescale Semiconductor, Inc.'s Joint Motion to Dismiss Defendants Texas Instruments Inc. and Freescale Semiconductor, Inc. Without Prejudice under Fed. R. Civ. P. 41(a)(2) shall be, and hereby is, GRANTED. Defendants Texas Instruments Inc. and Freescale Semiconductor, Inc. are DISMISSED WITHOUT PREJUDICE.

Each party will each bear its own costs, expenses and legal fees.

All pending motions in this action are DENIED AS MOOT.

**So ORDERED and SIGNED this 12th day of July, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**